■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL BAPTISTE, Appellant. [696 NYS2d 701] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 23, 1998 (*People v Baptiste,* 248 AD2d 625), affirming a judgment of the Supreme Court, Kings County, rendered November 29, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN WESTLEY BLACK, Also Known as JUAN WARREN BLACK, Appellant. [696 NYS2d 701] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Perone, J.), rendered March 19, 1998, convicting him of criminal possession of controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Santucci, Krausman, Florio and H. Miller, JJ., concur.